## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02875-REB-KMT

MARCHESHA HUMPHREY,

Plaintiff,

v.

BHFC FINANCIAL SERVICES, INC.,

Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

NOW COMES, MARCHESHA HUMPHREY ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, BHFC FINANCIAL SERVICES, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: February 5, 2018

*s/ Omar T. Sulaiman*
Omar T. Sulaiman, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 x 108
E-mail:osulaiman@sulaimanlaw.com
Attorney for Plaintiff, Marchesha Humphrey