# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 1:17-cv-02875-REB-KMT

MARCHESHA HUMPHREY,

    Plaintiff,

v.

BHFC FINANCIAL SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

**Blackburn, J.**

The matter before me is plaintiff's **Notice of Voluntary Dismissal With Prejudice** [#11],[1] filed February 5, 2018. Defendant has not yet answered or filed any potentially dispositive motions. Accordingly, under Fed. R. Civ. P. 41(a)(1), no court order is necessary to effectuate voluntary dismissal, which becomes effective immediately on filing of notice of plaintiff's intent to dismiss. *See* 9 C. Wright, A. Miller, M. Kane, R. Marcus, and A. Steinman, **Federal Practice & Procedure** § 2363 (3rd ed.); ***Janssen v. Harris***, 321 F.3d 998, 1000-01 (10th Cir. 2003); ***Bunner v. Koch***, 2009 WL 798539 at *1 (D. Colo. March 24, 2009). The case therefore must be dismissed with prejudice.

---

[1] "[#11]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Notice of Voluntary Dismissal With Prejudice** [#11], filed February 5, 2018, is approved;

2. That plaintiff's claims against defendants are dismissed with prejudice;

3. That all currently pending deadlines are vacated; and

4. That this case is closed.

Dated February 6, 2018, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge